1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRYAN DAVIS, SR.,

11              Plaintiff,                      No. CIV S-07-0416 LKK DAD P

12        vs.

13   KNOWLES, et al.,

14              Defendants.                     ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On March 12, 2007, the court ordered plaintiff to submit a completed

18   affidavit in support of his request to proceed in forma pauperis, using the form provided by the

19   court, and a certified copy of his prison trust account statement.  On April 11, 2007, plaintiff filed

20   a letter which the court construes as a request for an extension of time to comply with that order.

21              Accordingly, IT IS HEREBY ORDERED that:

22              1.  Plaintiff's April 11, 2007 request for an extension of time is granted; and

23              2.  Plaintiff is granted thirty days from the date of this order in which to file his

24   completed affidavit in support of his request to proceed in forma pauperis and a certified copy of

25   his inmate trust account statement for the six month period immediately preceding the filing of

26   /////

1

1  his complaint.  Plaintiff's failure to comply with this order will result in a recommendation that

2  this action be dismissed without prejudice.

3  DATED: April 30, 2007.

4

5

6  DAD:4
   davi0416.36ifp

7

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26