1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

BRYAN DAVIS,

11

        Plaintiff,                No. CIV S-07-0416-LKK-DAD P

12

   vs.

13

M. KNOWLES, et al.,

14

        Defendants.        <u>ORDER</u>

15

_____/

16

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17

seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18

Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19

        On September 18, 2008, the magistrate judge filed findings and recommendations

20

herein which were served on plaintiff and which contained notice that any objections to the

21

findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections

22

to the findings and recommendations.

23

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24

304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

25

file, the court finds the findings and recommendations to be supported by the record and by

26

proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed September 18, 2008 (Doc. No. 17),

3 are adopted in full; and

4    2. This action is dismissed for failure to state a cognizable claim.

5 DATED: October 17, 2008.

             LAWRENCE K. KARLTON
             SENIOR JUDGE
             UNITED STATES DISTRICT COURT